UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEVIN N. MIDDAGH,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL ASTRUE, Commissioner of<br>Social Security,<br><br>　　　　　　Defendant. | CASE NO. C09-5123-JRC<br><br>ORDER AMENDING<br>SCHEDULING ORDER |

After reviewing the agreed motion to amend the court's briefing schedule (Doc. 16), the court hereby directs counsel to conform to the following new briefing schedule:

Defendant shall have up to and including September 16, 2009, to file Defendant's responsive brief; and Plaintiff shall have up to and including September 30, 2009, to file an optional reply brief.. Any request for oral argument to be submitted to the court on or before October 7, 2009.

DATED this 3rd day of September, 2009.

　　　　　　　　　　　　　　　　　　　　　／s／ J. Richard Creatura
　　　　　　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER - 1