IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| KEVIN N. MIDDAGH, | Civil No. 3:09-CV-5123- RBL- JRC |
|---|---|
| Plaintiff, | ORDER AMENDING THE SCHEDULING ORDER |
| vs. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

Based on Defendant's Motion, and that Plaintiff has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including October 7, 2009, to file Defendant's responsive brief;

- Plaintiff shall have up to and including October 21, 2009, to file an optional reply brief; and

- Oral argument shall be requested by October 28, 2009.

Page 1    ORDER AMENDING THE SCHEDULING ORDER -
         [3:09-CV-5123- RBL- JRC]

| | |
|---|---|
| 1 | The Court notes that this is the third request for an extension by the Defendant and will grant no further extensions without the showing of good cause. |
| 2 | |
| 3 | DATED this 21st day of September 2009. |
| 4 | |
| 5 | |
| 6 | J. Richard Creatura<br>United States Magistrate Judge |