IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON (TACOMA)

| | |
|---|---|
| KEVIN MIDDAGH<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. 3:09-CV-5123-RBL-JRC<br><br><br>JUDGMENT AND<br>ORDER OF REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, an administrative law judge (ALJ) will hold a *de novo* hearing on all issues, including, but not limited to, considering statements from lay witnesses Linda Middagh and Debbie Tramm.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

JUDGMENT is entered for Plaintiff, and this case is closed.

DATED this 13th day of October, 2009.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

/s/ J. Richard Creatura
J. Richard Creatura
United States Magistrate Judge