# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

**KEVIN MIDDAGH,**

    Plaintiff,

vs.

**MICHAEL J. ASTRUE, COMMISSIONER of Social Security**,

    Defendant.

Civil No. 3:09-cv-05123-RBL

**ORDER FOR EAJA FEES & EXPENSES**

NOTE ON MOTION CALENDAR
November 11, 2009 *without oral argument*

## ORDER

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, plaintiff's EAJA petition and the assignment of EAJA fees to plaintiff's attorney, it is hereby ordered that EAJA attorney's fees of $4,448.00 and expenses of $19.77 and costs of $353.08, for a total of $4,820.85 shall be paid to the order of Rosemary B. Schurman for work performed in this case in this Court.

Dated this 10th day of November, 2009

                      */s/ Ronald B. Leighton*

                  RONALD B. LEIGHTON
                  UNITED STATES DISTRICT JUDGE

**Rosemary B. Schurman, WSBA 11451**
**Attorney at Law**
**8123NE 115 Way**
**Kirkland, WA 98034**
**425-821-8577/fax 425-821-5714**

Presented by:
s/Rosemary B. Schurman
Rosemary Schurman, WSBA 11451
Attorney for Plaintiff
8123 NE 115 Way
Kirkland, WA 98034 /425-821-8577 - rbschurman@aol.com

Approved for entry:
s/Rosemary B. Schurman(per authorization)
Lisa Goldoftas
Special Assistant US Attorney, OGC, SSA
Attorney for Defendant

Order for EAJA Fees- 09-5123- page 2