Honorable U.S. District Judge Ronald B. Leighton

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **KEVIN N. MIDDAGH,** | Civil No. **3:09-cv-05123-RBL** |
| Plaintiff, | |
| vs. | ORDER FOR AWARD OF ATTORNEY'S FEES PURSUANT TO 42 USC § 406(b). |
| **COMMISSIONER of Social Security,** | |
| Defendant. | |

### **ORDER**

Plaintiff filed a motion for attorney's fees pursuant to 42 U.S.C. § 406(b) and having considered plaintiff's motion and the supporting documents, it is hereby ORDERED that:

1) The Court GRANTS plaintiff's motion and authorizes a gross attorney's fees of $7,990.00 pursuant to 42 U.S.C. § 406(b), reduced by the previously awarded Equal Access to Justice Act fee of $4,448.00 . Plaintiff's attorney shall therefore be awarded the net sum of $3,542.00.

2) Defendant shall release the fee of $3,542.00 minus any applicable processing fee to Plaintiff's attorney, Rosemary B. Schurman, at the address noted below.

Dated this 13th day of August, 2010

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:
s/Rosemary B. Schurman
Rosemary B. Schurman, WSBA 11451
Attorney for Plaintiff

ORDER for 406(b) Fees- 09-5123- page 1

**Rosemary B. Schurman, WSBA 11451**
**Attorney at Law**
**8123NE 115 Way**
**Kirkland, WA 98034**
**425-821-8577/fax 425-821-5714**